MARCH 11, 1955

**Reap. Dec. 8404.**— *N. Deringer, Inc.* v. *United States.* Entered at Rouses Point, N. Y. Reap. Dec. 8390. Motion by plaintiff.